

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2022

No. 04-21-00260-CR

Norberto **ADAME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000094D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On July 26, 2021, appellant Norberto Adame filed a motion for a free reporter's record. He states in his motion that he is unable to pay for or give security for the reporter's record, and he requests an evidentiary hearing to provide proof of inability to pay or give security. On August 16, 2021, we noted that the trial court had set a hearing on the issue of appellant's indigency, and we ordered the trial court clerk to file a supplemental record containing the trial court's order and any findings required by Rule 145(f) to this court. On March 10, 2022, the trial court clerk filed a supplemental clerk's record, which contains an order granting appellant's motion for a free reporter's record on appeal. Accordingly, the trial court reporter is ordered to file the reporter's record in this court on or before **April 13, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court